**No. 65903.**—American Bitumuls & Asphalt Co. v. United States, protests 59/ 12477–15599, etc. (New Orleans).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of cutback asphalt the same in all material respects as that the subject of *American Bitumuls & Asphalt Co.* v. *United States* (45 Cust. Ct. 1, C.D. 2188), the claim of the plaintiff was sustained.

**No. 65904.**—C. J. Tower & Sons v. United States, protest 59/2519 (Buffalo).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of synthetic resins similar in all material respects to those the subject of *C. J. Tower & Sons* v. *United States* (38 Cust. Ct. 355, C.D. 1887), the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, JULY 13, 1961

**No. 65905.**—D. H. Grant & Co., Inc. v. United States, protests 60/20568, etc. (New York).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise consists of waterproof cotton cloth similar in all material respects to that the subject of *United States* v. *D. H. Grant & Co., Inc.* (47 C.C.P.A. 20, C.A.D. 723), the claim of the plaintiff was sustained.